```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TRAVCO INSURANCE CO.,

              Plaintiff,

- against -

MIELE, INC. and MIELE & CIE, KG,

              Defendants.

---

**23 Civ. 10402 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO**, United States District Judge.

The Clerk of Court is hereby respectfully **ORDERED** to strike the filings at Docket Nos. 29-35 from the docket in this case and to terminate any pending motions at Docket Nos. 29 and/or 32.

Section II.B of this Court's Individual Practices requires that defendants in civil cases comply with a pre-motion communication procedure prior to filing a motion to dismiss. <u>See</u> https://nysd.uscourts.gov/hon-victor-marrero. If Defendant Miele & Cie, KG wishes to file a motion to dismiss, it is directed to comply with the Court's Individual Practices before doing so.

**SO ORDERED.**

Dated:    26 March 2024
            New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.