```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVCO INSURANCE CO.,

                Plaintiff,

- against -

MIELE, INC. and MIELE & CIE, KG,

                Defendants.

23 Civ. 10402 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendant Miele & Cie, KG is hereby ordered to file, along with its reply papers due May 28, 2024, a response to plaintiff's letter to the Court dated May 20, 2024 (see Dkt. No. 48). Such response shall be in the format of a letter brief and shall not exceed three (3) single-spaced pages.

**SO ORDERED.**

Dated:    21 May 2024
            New York, New York

                                        Victor Marrero
                                        U.S.D.J.